JS - 6

LAURIE A. TRAKTMAN (SBN 165588)
STEVEN M. REHAUT (SBN 121710)
BENJAMIN M. O'DONNELL (SBN 309119)
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139
Email: lat@gslaw.org
Email: smr@gslaw.org
Email: bodonnell@gslaw.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 105 RETIREES' SUPPLEMENTAL HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION 105 DUES CHECK OFF AND DEFERRED SAVINGS FUND; BOARD OF | Case No. 2:21-cv-04316-FMO (SHKx)<br><br>Hon. Fernando M. Olguin<br><br>ORDER AND JUDGMENT ON STIPULATION FOR JUDGMENT |

| | |
|---|---|
| 1 | TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL INDUSTRY LABOR MANAGEMENT COOPERATION TRUST; SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION OF SOUTHERN CALIFORNIA; AND LOCAL 105 HEALTH REIMBURSEMENT PLAN, |
| | Plaintiffs, |
| | v. |
| | SIX SIGMA H V A C SERVICES, INC.; ROBERT CARLOS ZARAGOZA; FRANCISCO JAVIER ZARAGOZA; JUSTINE J. ZARAGOZA; AND LYNN ANN WILLIAMS, individuals, |
| | Defendants. |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers Local 105 Retirees' Supplemental Health Care Trust Fund ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California Labor Management Cooperation Trust ("LMCT"); Board of Trustees of the Sheet Metal and Air Conditioning Contractors National Association

ORDER AND JUDGMENT ON STIPULATION FOR JUDGMENT

of Southern California ("Industry Fund"); Local 105 Health Reimbursement Plan ("HRA") (collectively the "Plans" or "Trust Funds"), and Defendants, ROBERT CARLOS ZARAGOZA; FRANCISCO JAVIER ZARAGOZA; JUSTINE J. ZARAGOZA; AND LYNN ANN WILLIAMS ("Individual Defendants"); and SIX SIGMA H V A C SERVICES, INC. ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and Individual Defendants agree that they are indebted to the Plans in the total amount of $163,918,93 as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) in the amount of $43,557.28 for the delinquent work months of January 2020 through November 2020, January 2021 through August 2021; $37,886.80 in audit contributions conducted for the period of May 1, 2016 through September 30, 2018; $33,207.58 in liquidated damages for late payment or nonpayment of contributions for the work months of February 2018 through April 2018, June 2018 through November 2018, January 2019, August 2019 through November 2020, January 2021 through June 2021, and September 2021; $10,479.97 in liquidated damages for the audit conducted for the period of May 1, 2016 through September 30, 2018; $5,627.30 in testing fees for the audit conducted for the period of May 1, 2016 through September 30, 2018, $8,160.00 in interest for late payment or nonpayment of contributions; and attorney's fees and costs in the amount of $25,000.00.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $163,918,93 for delinquent employee benefit plan contributions, audit contributions, accrued

liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3.   The Individual Defendants agree that they are personally liable jointly and severally for the total amount noted in paragraph 2 of the Stipulation for Judgment and that the Plans can offset any benefits to which they are or may be entitled by the amount noted in paragraph 2 of the Stipulation for Judgment, less any credits.

4.   This Court retains jurisdiction over this matter through December 1, 2023 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: March 15, 2022

/s/
_____
Hon. Fernando M. Olguin

ORDER AND JUDGMENT ON STIPULATION FOR JUDGMENT